SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-01669-WBS-GGH** |
|  | ) |
| Plaintiff, | ) **ORDER RE: STIPULATED DISMISSAL** |
|  | ) |
| vs. | ) |
|  | ) |
| California Welding Supply, | ) |
|  | ) |
| Inc., et al, | ) |
|  | ) |
| Defendants | ) |
|  | ) |
| _____ | ) |

    IT IS HEREBY ORDERED THAT this action be and is hereby
dismissed With Prejudice pursuant to FRCP 41 (a)(2).

                    Date:   November 29, 2011

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE